UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| EDWARD MCGARRY, ET AL. | CIVIL ACTION NO. 04-3428 |
| VERSUS | SECTION "K"; JUDGE DUVAL |
| THE TRAVELERS LIFE AND ANNUITY COMPANY, ET AL. | MAGISTRATE 5; MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT OF PARTIAL DISMISSAL

Considering the foregoing Joint Motion for Partial Dismissal with Prejudice;

IT IS HEREBY ORDERED that all claims as against defendants, Pamela Johns and Georgi M. Rosal, in the above-referenced matter be and hereby are dismissed with prejudice, each party to bear its own costs.

SIGNED this __26th__ day of _____March_____, at New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE